PHILLIP A. TALBERT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:16-CR-00207-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| RONNIE DETHVONGSA, | DATE: January 13, 2017 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

1.      By previous order, this matter was set for status on January 13, 2017.

2.      By this stipulation, the defendant now moves to continue the status conference until March 10, 2017, and to exclude time between January 13, 2017, and March 10, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      Defendant DETHVONGSA has been arraigned in federal court and ordered detained.

        b)      The discovery associated with this case includes about 40 pages of documents, 2 audio video recordings, and at least one firearm.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  The government expects to produce additional discovery in the next two weeks.

1      c)     Defense counsel desires additional time to review discovery, to conduct
2 investigation and research related to the charges, and to consult with his client.

3      d)     Defense counsel believes that failure to grant the above-requested continuance
4 would deny counsel the reasonable time necessary for effective preparation, taking into account
5 the exercise of due diligence.

6      e)     The government does not object to the continuance.

7      f)     Based on the above-stated findings, the ends of justice served by continuing the
8 case as requested outweigh the interest of the public and the defendant in a trial within the
9 original date prescribed by the Speedy Trial Act.

10      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11 et seq., within which trial must commence, the time period of January 13, 2017 to March 10,
12 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
13 T4] because it results from a continuance granted by the Court at defendants' request on the basis
14 of the Court's finding that the ends of justice served by taking such action outweigh the best
15 interest of the public and the defendant in a speedy trial.

16    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the
17 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
18 must commence.

19    IT IS SO STIPULATED.

20

21 Dated:  January 9, 2017           PHILLIP A. TALBERT
                  United States Attorney

22                  /s/ AMANDA BECK
23                  AMANDA BECK
                  Assistant United States Attorney

24

25 Dated:  January 9, 2017           /s/ MICHAEL CHASTAINE
26                  MICHAEL CHASTAINE
                  Counsel for Defendant
                  RONNIE DETHVONGSA

27

28

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]     2
FINDINGS AND ORDER

1          **FINDINGS AND ORDER**

2     IT IS SO FOUND AND ORDERED.

3     Dated:  January 10, 2017

4

5     _____

6     GARLAND E. BURRELL, JR.
      Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28