1  Michael Chastaine SBN 122209
   THE CHASTAINE LAW OFFICE
2  2377 Gold Meadow Way
3  Gold River, CA 95670
   (916) 932-7150
4  Mike@Chastainelaw.net

5  Attorney for Defendant
6  RONNIE DETHVONGSA

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,          Case No.: 2:16-CR-207 GEB

12          Plaintiff,

13  vs.                                STIPULATION AND [PROPOSED] ORDER
                                       CONTINUING STATUS CONFERENCE
14  RONNIE DETHVONGSA,                 AND EXCLUDING TIME UNDER THE
                                       SPEEDY TRIAL ACT
15          Defendants.

16                                     Date:       April 21, 2017
                                       Time:       9:00 a.m.
17                                     Court:      Hon. Garland Burrell, Jr.

18

19

20

22      This matter is presently set for a status conference on March 10, 2017.  This case and a

22  related case (16 CR 134) involves allegations of distribution and possession of fire arms. The

23  government has provided discovery to defense counsel, including tapes of interviews.  Defense

24  counsel is in the continuing process of reviewing this discovery and conducting his own

25

26  investigation regarding potential defenses in the case.

27              STIPULATION AND ORDER CONTINUING STATUS
                            CONFERENCE  1
28

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Richard Bender and Attorney Michael Chastaine on behalf of Defendant Ronnie Dethvongsa, stipulate as follows:

1.  By this stipulation, Defendant now move to vacate the status conference presently set for March 10, 2017.  The parties request to continue the status conference to April 21, 2017, at 9:30 a.m., and to exclude time between March 10, 2017 and April 21, 2017 under Local Code T-4.  The United States does not oppose this request.

2.  Due to the volume of discovery in the case, including the recordings and transcripts, defense counsel is engaged in ongoing review of the discovery and defense investigation related to potential defenses in this matter.  This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.

3.  Defense counsel represents and believes that failure to grant additional time as requested would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.  Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of March 10, 2017 to April 21, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE  2

1

2        (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court

3            at Defendants' request on the basis that the ends of justice served by taking such

4            action outweigh the best interest of the public and the Defendants in a speedy trial.

5    6.    Nothing in this stipulation and order shall preclude a finding that other provisions of

6            the Speedy Trial Act dictate that additional time periods are excludable from the

7            period within which a trial must commence.

8        Assistant U.S. Attorney Richard Bender has reviewed this proposed order and authorized

9    Michael Chastaine to sign it on his behalf.

10

11    DATED:  February 22, 2017

12                                                    By ___/s/Michael Chastaine for___
                                                           RICHARD BENDER
13                                                         Assistant United States Attorney

14

15    DATED:  February 22, 2017

16                                                    By ___/s/Michael Chastaine_____
                                                           MICHAEL CHASTAINE
17                                                         Attorney for Defendant
                                                           RONNIE DETHVONGSA
18

19

20                                           **ORDER**

22        BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is

22    hereby ordered that the status conference in this matter, scheduled for March 10, 2017, is vacated.

23    A new status conference is scheduled for April 21, 2017, at 9:30 a.m.  The Court further finds,

24    based on the representations of the parties and Defendants' request, that the ends of justice

25    served by granting the continuance outweigh the best interests of the public and the defendants in

26

27                              STIPULATION AND ORDER CONTINUING STATUS
                                            CONFERENCE  3
28

1   a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. §

2   3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into

3   consideration the exercise of due diligence for the period from March 10, 2017, up to and

4   including April 21, 2017.

5   Dated:  February 24, 2017

6

7

8

9   _____
    GARLAND E. BURRELL, JR.

10  Senior United States District Judge

11

12

13

14

15

16

17

18

19

20

22

22

23

24

25

26

27          STIPULATION AND ORDER CONTINUING STATUS
                        CONFERENCE  4
28