Michael Chastaine SBN 122209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way
Gold River, CA 95670
(916) 932-7150
Mike@Chastainelaw.net

Attorney for Defendant
RONNIE DETHVONGSA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONNIE DETHVONGSA,<br><br>Defendants. | Case No.: 2:16-CR-207 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: June 2, 2017<br>Time: 9:00 a.m.<br>Court: Hon. Garland Burrell, Jr. |

This matter is presently set for a status conference on April 21, 2017. This case and a related case (2:16-CR-134) involves allegations of distribution and possession of firearms. The government has provided discovery to defense counsel, including tapes of interviews. Defense counsel is in the continuing process of reviewing this discovery and conducting his own investigation regarding potential defenses in the case. Defense counsel is also considering a

STIPULATION AND ORDER CONTINUING STATUS
CONFERENCE  1

proposed plea offer from the government (which would resolve both cases) and needs time to discuss it with his client. Additionally, defense counsel is currently in a jury trial in Yolo County which trial will continue for another week or so, making it difficult to prepare for, and to meet and confer with Mr. Dethvongsa about the proposed settlement.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Richard Bender and Attorney Michael Chastaine on behalf of Defendant Ronnie Dethvongsa, stipulate as follows:

1. By this stipulation, Defendant now move to vacate the status conference presently set for April 21, 2017. The parties request to continue the status conference to June 2, 2017, at 9:30 a.m., and to exclude time between April 21, 2017 and June 2, 2017 under Local Code T-4. The United States does not oppose this request.

2. Due to the volume of discovery in the case, including the recordings and transcripts, defense counsel is engaged in ongoing review of the discovery and defense investigation related to potential defenses in this matter. This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.

3. Defense counsel represents and believes that failure to grant additional time as requested would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy

STIPULATION AND ORDER CONTINUING STATUS
CONFERENCE  2

Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 21, 2017 to June 2, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Richard Bender has reviewed this proposed order and authorized Michael Chastaine to sign it on his behalf.

DATED: April 18, 2017

By /s/Michael Chastaine for
RICHARD BENDER
Assistant United States Attorney

DATED: April 18, 2017

By /s/Michael Chastaine
MICHAEL CHASTAINE
Attorney for Defendant
RONNIE DETHVONGSA

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is

STIPULATION AND ORDER CONTINUING STATUS
CONFERENCE 3

hereby ordered that the status conference in this matter, scheduled for April 21, 2017, is vacated. A new status conference is scheduled for June 2, 2017, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from April 21, 2017, up to and including June 2, 2017.

Dated: April 20, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE  4