PHILLIP A. TALBERT
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0207 GEB |
|---|---|
| Plaintiff, | STIPULATION AND (Proposed) ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| RONNIE DETHVONGSA, | |
| Defendants. | |

This matter is presently set for a status conference on Friday, June 16, 2017. This case and a related case in which this defendant is charged (2:16-CR-134 KJM) involve allegations of federal firearms violations. Both cases are assigned to the same Assistant U.S. Attorney and defense counsel. On June 14, 2017, defendant Dethvongsa entered a guilty pleas before the Honorable Kimberly J. Mueller to a two-count superseding information that contained the one charge from the Indictment in this case (a felon-in-possession of firearms charge) and the one charge in the Indictment in Judge Mueller's case (conspiracy to traffic in firearms). The plea agreement [under F.R.Crim.P. 11(c)(1)(C) to a range of 4to 8 years] anticipates that the defendant be sentenced by Judge Mueller for the the criminal conduct in both cases and that the government would move to dismiss the present case (No. 2:16-CR-0207 GEB) shortly after the defendant is sentenced by Judge Mueller. Sentencing is currently scheduled for August 30, 2017. This allowed both charges against this defendant to be consolidated before the same Judge (who also had the lowest numbered case).

Therefore, counsel for the parties in this action, stipulate and request as follows:

1. That the status conference presently set for June 16, 2017, be continued to September 15, 2017.

2. That the time between the June 16, 2017, and September 15, 2017, be excluded under Speedy Trial Act under Local Code T-4 and 18 U.S.C. § 3161(h)(7) and (h)(8) based on the entry of the defendant's guilty plea to the same charge in case no. 2:16-CR-134 KJM, which matter will not be final until sentencing, and that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

DATED: June 14, 2017

By   /s/Michael Chastaine (by RJB)
MICHAEL CHASTAINE
Attorney for Ronnie Dethvongsa

Dated: June 14, 2017

PHILLIP A. TALBERT
United States Attorney

By:  /s/ RICHARD J. BENDER
RICHARD J. BENDER
Assistant United States Attorney

It is so ORDERED,

Dated: June 15, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge