Michael Chastaine SBN 122209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way
Gold River, CA 95670
(916) 932-7150
Mike@Chastainelaw.net

Attorney for Defendant
RONNIE DETHVONGSA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONNIE DETHVONGSA,<br><br>Defendants. | Case No.: 2:16-CR-207 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: December 1, 2017<br>Time: 9:00 a.m.<br>Court: Hon. Garland Burrell, Jr. |

This matter is presently set for a status conference on September 15, 2017. This case and a related case (16 CR 134) involves allegations of distribution and possession of fire arms. Mr. Dethvongsa entered into a plea agreement in the related matter. This agreement requires the prosecution to dismiss this case once Mr. Dethvongsa is sentenced in case 16 CR 134.

The sentencing in case 16 CR 134 is currently set for September 27, 2017. As a result,

STIPULATION AND ORDER CONTINUING STATUS
CONFERENCE  1

the parties request that this case be continue beyond the sentencing in case 16 CR 134 so that the government can dismiss this matter after Mr. Dethvongsa is sentenced.

In addition, the government has provided discovery to defense counsel, including tapes of interviews. Until this matter is dismissed, Defense counsel continues to review discovery and discuss it with Mr. Dethvongsa.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Amanda Beck and Attorney Michael Chastaine on behalf of Defendant Ronnie Dethvongsa, stipulate as follows:

1. By this stipulation, Defendant now move to vacate the status conference presently set for September 15, 2017. The parties request to continue the status conference to December 1, 2017, at 9:30 a.m., and to exclude time between September 15, 2017 and December 1, 2017, 2017 under Local Code T-4. The United States does not oppose this request.

2. Due to the settlement of the related matter, which includes a dismissal of this case the parties agree that it is in all party's interest to continue this case past the sentencing date in case 16 CR 134.

3. Defense counsel represents and believes that failure to grant additional time as requested would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE 2

Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 15, 2017 to December 1, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Amanda has reviewed this proposed order and authorized Michael Chastaine to sign it on his behalf.

DATED: September 11, 2017

By    /s/Michael Chastaine for
      AMANDA BECK
      Assistant United States Attorney

DATED: September 11, 2017

By    /s/Michael Chastaine
      MICHAEL CHASTAINE
      Attorney for Defendant
      RONNIE DETHVONGSA

## ORDER

STIPULATION AND ORDER CONTINUING STATUS
CONFERENCE  3

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for September 15, 2017, is vacated.  A new status conference is scheduled for December 1, 2017, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from September 15, 2017, up to and including December 1, 2017.

Dated:  September 14, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE  4