PHILLIP A. TALBERT
United States Attorney
AMANDA BECK
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-207 GEB |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDCE AND [PROPOSED] ORDER |
| v. | |
| RONNIE DETHVONGSA, | |
| Defendant. | |

The United States, through its attorney of record, Assistant U.S. Attorney Amanda Beck, hereby moves pursuant to Federal Rule of Criminal Procedure 48(a) for an order dismissing without prejudice the Indictment against defendant Ronnie Dethvongsa.

The government brings this motion in the interests of justice. The defendant was charged in *United States v. Prom, et. al.*, with one count of conspiracy to deal firearms without a license, a violation of 18 U.S.C. §§ 371, 922(a)(1)(A). *See United States v. Prom, et. al.* (2:16-cr-134 KJM), Dkt. #16. The instant case charges the defendant with being a felon in possession of a firearm, a violation of 18 U.S.C. § 922(g)(1). Dkt. #1. It stems from his weapon possession during his arrest in *Prom*.

On June 14, 2017, the government entered a two-count Superseding Information in *Prom. See Prom,* Dkt. #151. It charged the defendant with conspiracy to deal firearms without a license and being a felon in possession of a firearm. *Id.* On the same day, the defendant entered guilty pleas to these two

1

charges. *Id.,* Dkt. #153. He did so pursuant to a plea agreement stating that the document was "intended to settle the charges against defendant Dethvongsa in both cases" – meaning both the *Prom* case and the instant case. Dkt. #152 at 1:20-21. The agreement also clarified that the Superseding Information "effectively [allowed] both charges to be consolidated before the Judge with the lowest numbered case." *Id.* at 1:23-25. As part of the plea agreement, the government consented to move within seven days of the defendant's *Prom* sentencing to dismiss the indictment in the instant case. *Id.* at 4:20-22. On November 1, 2017, Judge Mueller sentenced the defendant to 57 months in prison for the crimes listed in the Superseding Information. *Prom*, Dkt. #269. Hence, in compliance with the plea agreement, the government now moves to dismiss the indictment in the instant case. The United States believes that doing so will uphold the interests of justice, because the defendant has already pled guilty to the instant case's underlying charge and been sentenced to serve 57 months for that crime. The defense has no objection to this motion.

Accordingly, the United States respectfully moves to dismiss the Indictment against defendant Ronnie Dethvongsa in Case No. 2:16-cr-207 GEB. The United States makes this motion in the interests of justice and pursuant to Rule 48(a).

PHILLIP A. TALBERT
United States Attorney

Dated: November 2, 2017     /s/ Amanda Beck
AMANDA BECK
Assistant United States Attorney

**O R D E R**

For the reasons set forth in the United States's motion to dismiss without prejudice, IT IS ORDERED that the Indictment in Case No. 2:16-cr-207 GEB is hereby DISMISSED without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: November 3, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge